07-20942.or2

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20942-CIV-COOKE-BROWN

JANET GERENA,

    Plaintiff,

vs.

BC PEDIATRICS, INC., et al,

    Defendants.
_____/

## ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT

**This matter** is before this Court on Joint Stipulation of Dismissal ...and Motion for Approval of Settlement..., filed June 18, 2007. The Court has considered the motion and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

The Settlement Agreement says that defendant will pay plaintiff $4,800. Plaintiff is to receive $1,000 of that money (less payroll deductions). Counsel is to receive $3,800. D.E. 9 indicates a claim for plaintiff that is being settled for approximately one third of the amount claimed. Without any support or justification, plaintiff's counsel is to receive almost 80% of the settlement amount - in a case with no apparent discovery, no dispositive motions, no hearings, and of course, no trial.

1

There is no basis for the Court can evaluate the "fairness" of same. There is no breakdown of attorneys' fees and costs. In short, there is nothing the parties have given this Court to allow it to "scrutinize the settlement for fairness".

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
Counsel of record